UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| EDWARD R. VANEK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE OHIO CASUALTY<br>INSURANCE CO., et al.,<br><br>Defendants. | CIVIL ACTION NO. 5:21-183-KKC-MAS<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby **ORDERS** and **ADJUDGES** that:

(1) Defendant The Ohio Casualty Insurance Company's Motion for Summary Judgment (DE 40) is **GRANTED**;

(2) Plaintiffs Edward R. Vanek and Jodie R. Hodges's Motion for Summary Judgment (DE 41) is **DENIED**;

(3) Plaintiff Rhonda Olenik's Motion for Summary Judgment (DE 42) is **DENIED**;

(4) Judgment is **ENTERED** in favor of Defendant;

(5) The matter is **STRICKEN** from the active docket of this Court; and

(6) This judgment is **FINAL** and **APPEALABLE**.

This 30th day of November, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY